UNITED STATES DISTRICT COURT                    ECF CASE

SOUTHERN DISTRICT OF NEW YORK                   08 CV 3883 (PKC)

| | |
|---|---|
| CAPIGLIANI UOMO ITALY,<br><br>                    Plaintiff,<br>    - against -<br><br>ORIENT EXPRESS CONTAINER CO., INC.,<br><br>                    Defendant. | CORPORATE DISCLOSURE STATEMENT<br><br>[F.R.Civ.P. 7.1] |

      Plaintiff, CAPIGLIANI UOMO ITALY, by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, certifies that no parent corporation or any publicly held corporation owns 10% or more of its stock.

Dated: New York, NY           CICHANOWICZ CALLAN KEANE VENGROW
                                                    & TEXTOR, LLP, 61 Broadway, Ste. 3000
      April 24, 2008           New York, NY 10006 – Tel. 212-344-7042


                                        By: /s/_____Paul M. Keane_____
                                            Paul M. Keane [PK-5934]
                                              Attorneys for Plaintiff