AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CAMPIGLIANI UOMO ITALY

**SUMMONS IN A CIVIL ACTION**

V.

ORIENT EXPRESS CONTAINER CO., INC.

CASE NUMBER: **CV    3883**
**08**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

ORIENT EXPRESS CONTAINER CO., INC
One Cross Island Plaza
133-33 Brookville Boulevard, Suite 306
Rosedale, NY 11422

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CICHANOWICZ CALLAN KEANE VENGROW & TEXTOR, LLP
61 Broadway 3000, New York, NY 10006
212-344-7042

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    APR 2 4 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMPIGLIANI UOMO ITALY,

                 Plaintiff(s),              CASE NO. 08 CV 3883

    -against-


ORIENT EXPRESS CONTAINER CO., INC.,

                 Defendant(s).      **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK    )
                        : S.S.
COUNTY OF NEW YORK  )


      ANDREW HAYLES, being duly sworn, deposes and says that he is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 29th day of May, 2008, at approximately 3:20 p.m., deponent served a true
copy of the **SUMMONS IN A CIVIL ACTION; CORPORATE DISCLOSURE
STATEMENT and VERIFIED COMPLAINT IN ADMIRALTY; JUDGES' RULES and
ECF FILING INSTRUCTIONS** upon Orient Express Container Co., Inc. at 133-33 Brookville
Boulevard, Suite 306, Rosedale, New York by personally delivering and leaving the same with
Aldo Alvarez, who is authorized by appointment to accept service.

      Aldo Alvarez is an olive-skinned Hispanic male, approximately 45-50 years of age, is
approximately 5 feet and 8 inches tall, weighs approximately 225 pounds, with short brown hair
and brown eyes.


Sworn to before me this                             _____
2nd day of June, 2008                           ANDREW HAYLES


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**