**MEMO ENDORSED**

# DOUGHERTY, RYAN, GIUFFRA, ZAMBITO & HESSION

ATTORNEYS AND COUNSELLORS AT LAW

131 EAST THIRTY EIGHTH STREET
NEW YORK, NEW YORK 10016-2680

TELEPHONE: (212) 889-2300
FACSIMILE: (212) 889-1288
e-mail: drgzh@aol.com
www.DoughertyRyan.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08

June 11, 2008

VIA FACSIMILE    (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  Campigliani Uomo Italy v. Orient Express
     Container Co., Inc.
     08 Civ. 3883 (PKC)
     Our File: 07-60-3782/PJZ

Sir:

We represent defendant Orient Express in the captioned matter.

Plaintiff's counsel was only able to effect personal service on our client on May 29, 2008, so that our time to answer will not expire until June 18, 2008.

Accordingly, on consent, we respectfully request a short adjournment of the conference scheduled for Friday, June 13, 2008 at 2:45 p.m. until after June 18, 2008.

If your Honor agrees to our request, we respectfully request that it not be scheduled on any of the following dates, on which I would have a conflict:

> June 19, 24, 25
> July 1, 15, 23/31
> August 1/13

Presently, I am available on all other dates.

In deference to plaintiff's counsel, a hearing in June, if possible, is respectfully sought.

*[Handwritten endorsement:]* Conference of June 13 adjourned to June 30 at 10:15 am. SO ORDERED. [signature] 6-11-08

Honorable P. Kevin Castel
Page 2
June 11, 2008

    Thank you for your consideration of this request.

                Very respectfully yours,

        DOUGHERTY RYAN GIUFFRA ZAMBITO & HESSION

                BY:   PETER J. ZAMBITO

PJZ:lg

cc:   Paul M. Keane, Esq.
       Cichanowicz Calan Keane Vengrow & Textor, LLP
       Your Ref: 9095/PMK
       FAX: (212) 344-7285