UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPIGLIANI UOMO ITALY,

                                 **ECF CASE**

               Plaintiff,                          08 Civ. 3883 (PKC)

    - against -

ORIENT EXPRESS CONTAINER CO.,
INC.,

               Defendant.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant OECC ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

OEC Freight (NY) Inc.

     07/14/08                       S/ _____
Date                                          PETER J. ZAMBITO